# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 0900

VERSUS

TRELANE JOHNSON                                       **OCTOBER 25, 2021**

---

In Re:   Trelane Johnson, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 239,864.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

_[signature]_

DEPUTY CLERK OF COURT
FOR THE COURT